1  McGREGOR W. SCOTT
   United States Attorney
2  JILL THOMAS
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone (916) 554-2781

**FILED**

DEC 1 6 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SEARCH OF MOTOROLA CELLULAR PHONE FOUND ON ELIAZAR BARRAZA TORRES (MSN G296JAFJGB) AND A "MOTOROLA RAZOR" (MSN D54GGJ4PZD), A MOTOROLA 1425 (MODEL NUMBER H98XAH6JRZAN) AND A MOTOROLA CELLULAR PHONE (HEX NUMBER 14D54931) FOUND ON AGUSTIN TORRES BELTRAN | CASE NO.  08-SW-0201 GGH<br><br>ORDER TO UNSEAL SEARCH WARRANT |

Upon application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the Search Warrant in the above referenced case, 08-SW-0201 be, and is, hereby ordered **UNSEALED**.

DATED: December 16, 2008

_____
HONORABLE EDMUND F. BRENNAN
United States Magistrate Judge

1